**No. 68785.**—Ply-World Corporation *v.* United States, protest 61/24879 (Tampa).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise is properly classifiable as wallboard under the authority of Public Law 88–333, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 22, 1964

**No. 68786.**—S. Stern, Henry & Co. *v.* United States, protest 62/13214(B) (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.

**No. 68787.**—Ignaz Strauss & Co., Inc. *v.* United States, protest 63/5443 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of stoves similar in all material respects to those the subject of Abstract 67238, the claim of the plaintiff was sustained.